# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANA LAMON SMITH, SR.**                                                                                   **PLAINTIFF**

v.                            Case No. 4:23-cv-00083-KGB-JJV

**PULASKI COUNTY DETENTION CENTER**                                                     **DEFENDANT**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Dana Lamon Smith, Sr. has not filed any objections to the Recommended Disposition and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Mr. Smith's complaint is dismissed without prejudice due to a lack of prosecution (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 18th day of November, 2024.

_____
Kristine G. Baker
Chief United States District Judge